FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: 13-CR-  ER B-0013 SVW-2
                 Plaintiff,         )
         vs.                        )
CAROLINA COLINDRES                  )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed.R.Crim.P. 32.1(a)(6);
                 Defendant.         )   18 U.S.C. 3143(a)]
                                    )

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL DIST. OF CALIFORNIA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __ABSENCE OF VERIFIED BACKGROUND INFORMATION REGARDING__

1  BAIL RESOURCES.

4  and/or

5  B.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: PRIOR CRIMINAL HISTORY, NON-COMPLIANCE AND SUBSTANCE ABUSE.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 12, 2014

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE